UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAL ALI,<br><br>    Petitioner,<br><br>    v.<br><br>QUINTANA, Warden,<br><br>    Respondent. | NO. CV 17-312 ODW (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: March 23, 2018

                                              OTIS D. WRIGHT, II
                                              United States District Judge